# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE GLYNN, | No. 2:20-CV-0269-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| MATCH GROUP, LLC, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action. On the Court's own motion, the scheduling conference set before the undersigned on June 17, 2020, in Redding, California, is vacated pending resolution of defendant's motion to dismiss and motion to strike, ECF Nos. 15 and 16, currently set for hearing before the Chief District Judge on June 26, 2020.

IT IS SO ORDERED.

Dated: May 21, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1