IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE GLYNN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MATCH GROUP, LLC,<br><br>Defendant. | Case No.: 2:20-cv-00269-KJM-DMC<br><br>**ORDER EXTENDING TIME FOR UNITED STATES TO DETERMINE WHETHER TO INTERVENE** |

**ORDER**

Having considered the United States of America's Acknowledgement of Constitutional Challenge and Unopposed Motion for an Extension of Time, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The United States shall determine whether to intervene in this matter by March 19, 2021, and shall file any motion to intervene by that date.

**IT IS SO ORDERED.**

Dated: February 3, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE