UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Stephanie Glynn** <br><br> Plaintiff, <br><br><br> **Match Group, LLC** <br><br><br> Defendant. | Case No. 2:20-cv-00269-KJM-DMC <br><br> **JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** Judgment is hereby entered in accordance with the 5/14/2021 Notice of Acceptance with offer of Judgement [43].

May 21, 2021                                                                                KEITH HOLLAND, CLERK

                                                                                                    By: /s/ H. Kaminski, Deputy Clerk